UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ALTON PERKINS, et al.,<br><br>　　　　　Defendants,<br><br>and PERKINS FAMILY TRUST,<br><br>　　　　　Relief Defendant. | **Civil Action Number**<br>**5:19-cv-00243-FL** |

## ORDER

This matter is before the Court with regard to the parties' joint consent motion seeking to set a schedule for the parties to provide written briefs to the Court so that it may determine the remedies, if any, to be imposed in this case upon Defendants Alton Perkins, Yilaime Corporation of NC, Perkins-Hsu Export Corporation, and Relief Defendant Alton and Xiang Mei Lin Perkins Family Trust (collectively "Defendants").

For good cause shown, the parties' motion is granted, and the Court orders the parties to provide the Court with written briefs based on the following deadlines:

1. Plaintiff's motion for remedies shall be due no later than April 14, 2023;
2. Defendants' and Relief Defendant's response shall be due no later than May 5, 2023; and
3. Plaintiff's reply brief shall be due no later than May 19, 2023.

SO ORDERED, this 14th day of April 2023.

_____
LOUISE W. FLANAGAN
United States District Judge